IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID CICERO PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:07-CV-0761-RBP-RRA |
| | ) |
| DONALD R. HAMLIN, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on June 25, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) because plaintiff is seeking monetary relief from a defendant who is immune from such relief. No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

---

[1] Mail sent to plaintiff at the only address he has provided the court was returned with the notation, "Return to Sender, Not Deliverable as Addressed, Unable to Forward."

DATED this 6th day of August, 2007.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**